**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMILAR-ZANUS LUIS,** | : |
| | : CIVIL ACTION NO. 3:22-CV-811 |
| **Plaintiff,** | : |
| | : **(JUDGE MARIANI)** |
| **v.** | : **(Magistrate Judge Carlson)** |
| | : |
| **UNITED STATES, *et al.*,** | : |
| | : |
| **Defendants.** | : |

<u>**ORDER**</u>

**AND NOW, THIS** _____ **DAY OF APRIL 2024**, upon review of Magistrate

Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 36), for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 36) is **ADOPTED** for the reasons set forth therein;

2. Defendants' Motion to Dismiss and for Summary Judgment (Doc. 29) is **GRANTED**;

3. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute;

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge